ACCEPTED
06-17-00179-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/4/2017 11:55 AM
DEBBIE AUTREY
CLERK

# NO. 06-17-00179-CR

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/4/2017 11:55:07 AM
DEBBIE AUTREY
Clerk

# IN THE
# SIXTH COURT OF APPEALS
# FOR THE STATE OF TEXAS

## CORY DON CROSBY
Appellant
V.
## STATE OF TEXAS
Appellee

APPEAL FROM THE 52ND JUDICIAL DISTRICT COURT OF CORYELL COUNTY, TEXAS
TRIAL COURT CAUSE NUMBER 23730
TRANSFERRED FROM THE TENTH COURT OF APPEALS

# APPELLANT'S SECOND MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

**LAW OFFICE OF STAN SCHWIEGER**
600 Austin Avenue, Suite 12
Waco, Texas   76701
(254) 752-5678
(254) 752-7792—Facsimile
State Bar No. 17880500
E-mail: wacocrimatty@yahoo.com

Cory Don Crosby, Appellant, moves for an extension of thirty days to file Appellant's Brief.

## I.

Appellant was sentenced to twenty years in the Texas Department of Criminal Justice, Institutional Division, for the offense of Injury to a Child with Intent to Cause Bodily Injury.[1]  Sentencing took place on August 9, 2017.

## II.
## REQUIRED INFORMATION PURSUANT TO THE RULES OF APPELLATE PROCEDURE

A.   ***The deadline for filing the brief***:[2] December 4, 2017.

B.   ***The length of the extension sought***:[3] Thirty (30) days.

C.   ***The facts relied upon to reasonably explain the need for the extension***:[4]

Appellant's attorney is a sole practitioner engaged in the practice of criminal law.  Counsel carries a heavy load of existing criminal trial and appellate work.

During the pendency of this Petition, counsel has been set for two felony trials with allegations of Aggravated Sexual Assault of a Child and other sexual assaultive allegations and also Felon in Possession of a Weapon.  Both cases are set for trial December 12, 2017.  The former has been set to enter a plea of guilty; the latter is expected to proceed to trial.

---

[1]     TEX. PENAL CODE ANN. § 22.02 (West 2014).

[2]     TEX. R. APP. P. 10.5(b)(1)(A).

[3]     *Id.* at (b)(1)(B).

[4]     *Id.* at (b)(1)(C).

In addition, Appellant's counsel prepared and filed a brief in the Tenth Court of Appeals on December 4, 2017 of which there were no continuances remaining. Further, counsel has had several plea, trial and sentencing and other criminally related matters. This includes the defense of motions to quash subponea's related to the Twin Peak's matter.[5]

D.    ***Number of previous extensions granted***:[6] One.

## III.

The additional time requested is not sought solely for delay, nor sought frivolously, but will be of genuine assistance to Appellant's attorney in preparing Appellant's brief.

Appellant prays that the Court grant this Motion and extend the deadline for filing Appellant's brief to January 3, 2018, or that this Court grant such additional time as is just and proper.

---

[5]    *See* Tommy Witherspoon, *Judge Quashes DA Subpoena, Shuts down Hearing in Twin Peaks Shootout Case*, WACO TRIBUNE HERALD Nov. 20, 2017 (available at https://tinyurl.com/yaol696r).

[6]    *Id.* at (b)(1)(D).

Respectfully submitted,

**LAW OFFICE OF STAN SCHWIEGER**


 */s/ Stan Schwieger*

S  t  a  n
Schwieger
600 Austin Avenue, Suite 12
Waco, Texas 76701
(254) 752-5678
(254) 752-7792—Facsimile
State Bar No. 17880500
**ATTORNEY FOR APPELLANT**

## CERTIFICATE OF SERVICE

A copy of this Motion was delivered by the electronic filing service of this Court to Mr. Charles Karakashian, Coryell County District Attorney's Office, at ckarakashian@aol.com on December 4, 2017.


*/s/ Stan Schwieger*
Stan Schwieger